Laura Miller and Fannie Kaplan, Respondents.— Motions for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of A. Albert Sack, Deceased. Industrial Trust Company of Providence, Rhode Island, Executor, etc., of A. Albert. Sack, Deceased, Appellant; State Tax Commission, Respondent.— Motion for reargument granted and argument set down for Monday, October 3, 1932. The argument will be limited to questions of general policy of directing a refund and to the retroactive effect of a decision declaring a statute unconstitutional. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See 232 App. Div. 433; 257 N. Y. 534; 234 App. Div. 696; 259 N. Y. 563.]

Edward V. Lawler, Respondent, v. Florence E. McMullin and Another, Defendants; Wallace E. Shirra and Franc L. Powers, as Executors, etc., of John Powers, Deceased, Respondents; The Royal Bank of Canada, Appellant. — Reargument granted as to the question of costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. On reargument, the decision of this court handed down on April 29, 1932, is hereby amended by striking therefrom the provision for costs, and the order entered thereon, dated the same date, is hereby resettled accordingly. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ. [See 235 App. Div. 820.]

Edward V. Lawler, Respondent, v. Florence E. McMullin and Another, Defendants; Wallace E. Shirra and Franc L. Powers, as Executors, etc., of John Powers, Deceased, Respondents; The Royal Bank of Canada, Appellant. — Motion for reargument of appeal denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Teodoska Mikulak, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Morris Ratell, Respondent, v. James Butler Grocery Company, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Minnie Schwartz and Samuel Schwartz, Respondents, v. B. S. Coney Island Baths, Inc., Appellant.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Walton Mirror Works, Inc., Respondent, v. Alfred H. Blumberg and Others, Copartners, etc., Appellants, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Howard G. Bishop, Appellant, Impleaded with Estelle Tompkins Bishop, His Wife, Plaintiff, v. Willis P. Thomas and Others, Defendants, Impleaded with Bessie Bodette Akin and Others, Appellants, and New York Central Railroad Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Carswell, J., dissent in part. They favor affirmance as to defendant State of